UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY WINSTON HALL,

                Plaintiff,

      - against -

UNITED STATES OF AMERICA, ET AL.,

                Defendants.

---

23-cv-2909 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff may respond to the pending motion to dismiss by **August 10, 2023**. The defendants may reply by **August 24, 2023**.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
            July 10, 2023

                                          John G. Koeltl
                                  United States District Judge