UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY WINSTON HALL,

                    Plaintiff,

    - against -

UNITED STATES OF AMERICA d/b/a
SOCIAL SECURITY ADMINISTRATION,
ET AL.,

                    Defendants.

23-cv-2909 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants filed a motion to dismiss the plaintiff's complaint on June 12, 2023. ECF No. 20. This Court subsequently entered an order advising the plaintiff that any response to the motion to dismiss was due on August 10, 2023. ECF No. 24. To date, the plaintiff has not filed a response.

    The time for the plaintiff to respond to the motion to dismiss is **extended** to **October 3, 2023**. The defendants may reply by **October 18, 2023**. If the plaintiff fails to respond by the October 3, 2023 deadline, the motion to dismiss will be decided on the current papers.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note such mailing on the docket.

SO ORDERED.

Dated:    New York, New York
           September 8, 2023

                                            John G. Koeltl
                                    United States District Judge